## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

DR. JOSEPH G. CALDWELL,

      Plaintiff,

      v.

KNOX ENERGY COOPERATIVE
ASSOCIATION, INC.,

      Defendants.

Case No. 2:21-cv-05079
Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

This matter arises on Plaintiff's Motion to Stay Defendant's Motion for Attorneys' Fees. (ECF No. 39).  Plaintiff has withdrawn this motion.  (ECF No. 54).  As such, Plaintiff's Motion for Attorneys' Fees is **DENIED** as **MOOT**.


      IT IS SO ORDERED.


<u>3/24/2023</u>
DATE

<u>s/Edmund A. Sargus, Jr.</u>
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE